IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| WARDELL GREEN,<br>ADC #115209,<br><br>          Petitioner,<br>v.<br><br>DEXTER PAYNE, Director,<br>Arkansas Division of Correction,<br><br>          Respondent. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:22-cv-00172-JJV |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 3rd day of May 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE